UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

9/CR90 JJF

No. 05-1767

In Re: Carroll

Douglas Harrison Correll, Petitioner

U. S. DISTRICT COURT - DE
MISC. CASE # 05-102

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Date: May 16, 2005

cc:
Mr. Douglas Harrison Correll
Richard G. Andrews, Esq.

FILED MAY 18 11 22 AM '05 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE